# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **PATRICIA SHENK,** <br><br>          **PLAINTIFF**<br><br>v.<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**<br><br>          **DEFENDANT** | **CIVIL NO. 2:13-CV-233-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 27, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on July 14, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 15TH DAY OF JULY, 2014**

                                                           /S/D. BROCK HORNBY<br>
                                                           **D. BROCK HORNBY**<br>
                                                           **UNITED STATES DISTRICT JUDGE**